ACCEPTED
03-15-00435-CR
8275281
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/17/2015 8:14:56 AM
JEFFREY D. KYLE
CLERK

CAUSE NO. 03-15-00435-CR

| | | |
|---|---|---|
| Desmond F. Moore . | § | IN THE THIRD COURT |
| v. | § | OF APPEALS |
| State of Texas | § | TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/17/2015 8:14:56 AM
JEFFREY D. KYLE
Clerk

## SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF UNDER THE AUTHORITY OF T.R.A.P 10.5

TO THE HONORABLE COURT OF APPEALS

COMES NOW, Appellant's counsel and files this Second Motion for Extension of Time to file Appellant's Brief. The brief was due December 16, 2015. Counsel for Appellant requests a thirty day extension in order to complete the necessary legal research and complete the brief. Appellant has had one previous extension.

WHEREFORE, Counsel for Appellant requests that the deadline to file Appellant's brief be extended to January 16, 2016.

.

Eric McDonald
Attorney for Appellant
State Bar No. 00792684
6001 W. Parmer #370-323
Austin, TX. 78729
Phone (512) 294-5665
Fax (512) 249-9181
Emcdonald2@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been Furnished to the Attorney for the State presently assigned to this case, via first class mail.

Date: December 17, 2015

Eric McDonald